THANH LE, PRO SE
648 16th Avenue
San Francisco, CA 94118
(415) 668-6978

FILED
JUL 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THANH LE,

    Plaintiff Pro Se,

vs.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

Case No. 4:18-cv-01101-KAW

**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT**

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of 90 days to file her Motion for Summary Judgment in response to Defendant's Answer. The current due date for Plaintiff's Motion for Summary Judgment is July 16, 2018. The new due date for filing Plaintiff's Motion for Summary Judgment, accounting for the fact that the 90th day falls on a Sunday, will be Monday, October 15, 2018.

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 4:18-CV-01101-KAW

1

This extension is necessary for Plaintiff to seek counsel and for newly obtained counsel to familiarize herself/himself with the case. Plaintiff Pro Se sincerely apologizes to the Court and to Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 2, 2018

/s/ Thanh Le*
(* as authorized in person on 7/2/18)
THANH LE
Plaintiff Pro Se

Dated: July 2, 2018

ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration
By: *Donna W. Anderson**
(* as authorized by e-mail on 7/2/18)
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: 7/3/18

By: /s/ Kandis Westmore
THE HONORABLE JUDGE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 4:18-CV-01101-KAW

2